UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES MILLBAUER,<br><br>                Plaintiff-Relator,<br><br>   v.<br><br>CH2M HILL PLATEAU REMEDIATION COMPANY,<br><br>                Defendant. | NO:  4:15-CV-5024-TOR<br><br>ORDER GRANTING VOLUNTARY DISMISSAL |

Pursuant to Section 3730(b)(l) of the Federal False Claims Act (31 U.S.C.) and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Relator, James Millbauer, filed a notice to voluntarily dismiss the above-captioned case without prejudice to both the United States and Relator.  ECF No. 17.  The United States consents to the dismissal without prejudice.  ECF No. 18.  The United States has declined to intervene and requests that the Relator's Complaint, Notice of

ORDER GRANTING VOLUNTARY DISMISSAL ~ 1

Case 4:15-cv-05024-TOR    Document 19    Filed 01/27/17

Voluntary Dismissal and the United States' Election to Decline Intervention be unsealed.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1), the above entitled matter is **DISMISSED** without prejudice and without fees or costs to any party.

2. The Clerk of Court shall unseal the case and ECF Nos. 1, 2-6, 11, 12, 17, 17-1, 18, and 18-1; the remainder of the *ex parte* filings shall remain sealed.

The District Court Executive is hereby directed to enter this Order (not under seal), furnish copies to counsel of record, and **CLOSE** the file.

DATED January 27, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING VOLUNTARY DISMISSAL ~ 2